# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED MARCH 26, 2013

### NO. 03-12-00606-CV

**Texas Health and Human Services Commission; Tom Suehs, in his official capacity
as the Executive Commissioner of Health and Human Services; and Billy Millwee,
in his official capacity as the Texas Medicaid Director, Appellants**

**v.**

**Advocates for Patient Access, Inc.; John Doe A, by and through his next friend,
Laura Garza; John Doe B, by and through his next friend, Nayeli Garza; and
Jane Doe A, by and through her next friend, Isabel Tijerina, Appellees**

---

**APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
MODIFIED AND, AS MODIFIED, AFFIRMED --
OPINION BY CHIEF JUSTICE JONES**

---

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was no error in the trial court's judgment **EXCEPT** that we modify the August 31, 2012, modified temporary-injunction order by vacating parts (c) and (d): **IT IS THEREFORE** considered, adjudged and ordered that the trial court's judgment is modified to vacate parts (c) and (d) of the August 31, 2012, modified temporary-injunction order, and that the trial court's judgment, as modified, is affirmed. It is **FURTHER** ordered that each party shall bear their own costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.